No. 92–5152. HAPP v. FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Espinosa* v. *Florida*, 505 U. S. 1079 (1992).

No. A–352. EDWARDS, GOVERNOR OF LOUISIANA, ET AL. v. SCHIRMER ET AL. Application for stay of injunction entered by the United States Court of Appeals for the Fifth Circuit, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. D–1090. IN RE DISBARMENT OF GARNER. Motion to reconsider disbarment order [504 U. S. 938] denied.

No. D–1160. IN RE DISBARMENT OF WEIL. Disbarment entered. [For earlier order herein, see 505 U. S. 1242.]

No. D–1161. IN RE DISBARMENT OF JONES. Curtis Larenzo Jones, Jr., of Miami, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on September 4, 1992 [505 U. S. 1242], is hereby discharged.

No. D–1191. IN RE DISBARMENT OF SKRYD. It is ordered that Thomas J. Skryd, of Cicero, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1192. IN RE DISBARMENT OF ALBAN. It is ordered that Bennett Alban, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.